AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **SENECA AVERY MOORE** | Case No: **4:06CR01237-RBH (1)** |
| | USM No: 14605-171 |
| | Charlie J. Johnson, Jr., Retained |
| | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation #2.

■ was found in violation after denial of guilt to violation #1 and #3.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct | See the Petition |
| 2 | Leaving the District of S.C. without permission | See the Petition |
| 3 | Association with a convicted felon | See the Petition |

The defendant is sentenced as provided in page  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

| | |
|---|---|
| | February 24, 2014 |
| Last Four Digits of Defendant's Soc. Sec. No.: | Date of Imposition of Judgment |
|     2039 | |
| Defendant's Year of Birth: | |
|     1980 | s/ R. Bryan Harwell |
| City and State of Defendant's Residence: | Signature of Judge |
|     Sumter, S.C. | |
| | |
| | Hon. R. Bryan Harwell, U.S. District Judge |
| | Name and Title of Judge |
| | |
| | February 26, 2014 |
| | Date |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
    Sheet 2 - Imprisonment

DEFENDANT: SENECA AVERY MOORE
CASE NUMBER: 4:06CR01237-RBH (1)

## IMPRISONMENT

The defendant's term of supervised release is hereby **REVOKED** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **seventeen (17) months**. Upon completion of the sentence imposed, there shall be no supervised release to follow.

■ The court makes the following recommendations to the Bureau of Prisons: defendant serve his sentence at Bennettsville, S.C., or Williamsburg, S.C., facility.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

■ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ■ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL